**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In Re:

ESE INDUSTRIES, INC.,                                   CASE NO. 24-16126-RAM
                                                                                CHAPTER 11
                  Debtor.                               SUBCHAPTER V
_____/

**EXPEDITED MOTION FOR ENTRY OF AN ORDER**
**(I) APPROVING BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF**
**SUBSTANTIALLY ALL OF ITS ASSETS; (II) APPROVING THE AUCTION**
**AGREEMENT; AND (III) APPROVING FORM AND MANNER OF NOTICE OF**
**BIDDING PROCEDURES**

**COMES NOW**, the Debtor in Possession, ESE Industries, Inc. (hereinafter "Debtor" or "Seller"), by and through their undersigned counsel, respectfully request the entry of an order by this Court (i) approving bidding procedures in connection with the sale of substantially all of its assets; ii) approving of the auction agreement; and (iii) approving the form and manner of notice of the bidding procedures. In support of this motion (the "Motion"), the Debtor states as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§157 and 1334. The subject matter of this Motion is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is proper in this district pursuant to 28 U.S.C. §1408. The statutory predicates for the relief sought in this Motion include 11 U.S.C. §§ 105, 363, 365, 1007 and 1108 and Rules 2002, 6004, and 6006 of the Federal Rules of Bankruptcy Procedure.

**General Background**

2. On June 20, 2024 (the "Petition Date"), the Debtor filed its Voluntary Petitions for Relief under Chapter 11 Subchapter V of Title 11 of the United States Code (the "Bankruptcy Code").

1

3. The Debtor continues to manage its affairs and operate its business as a debtor in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

4. The Debtor is in the business of producing, marketing and selling carbon fiber products, mostly carbon fiber automobile rims, maintains a production facility in Jasper, Georgia. The Debtor is in the process of closing its production facility in Georgia. The Debtor has assets as listed in Schedule A/B of its bankruptcy schedules [ECF #19].

5. Certain secured creditors listed in Schedule D of the bankruptcy schedules hold secured interests in certain machinery located at the Jasper production facility [ECF #19].

6. On August 30, 2024, the Debtor filed its Expedited Application for Approval of Employment of Auctioneer [ECF #43] (the "Application") with RM Auctions LLC d/b/a Revelation Machinery Auctions (hereinafter "Revelation"). By this Motion, the Debtor seeks approval to enter into the Guarantee Auction Agreement with Revelation (hereinafter "Auction Agreement") with a list of the assets to be sold is attached hereto as Exhibit "A." The general Terms and Conditions of the auction is attached hereto as Exhibit "B." The listed assets in the Auction Agreement are hereinafter referred to as the "Assets." The Assets to be sold expressly exclude intellectual property and molds.

7. The most significant provisions of the Auction Agreement are as follows:

    a. A guarantee of at least $1,100,000.00 payable by Revelation twenty-four (24) hours before the Final Sale date.

    b. Expenses of $30,000.00 plus the cost of the surety bond to be paid to Revelation from the net final sale proceeds that exceed $1,100,000.00.

    c. A deposit of $110,000.00 to be held in trust by the attorney for Revelation. Upon approval of the Auction Agreement, the deposit shall be paid to the Debtor in Possession account or the attorney for the Debtor's trust account

2

as the Court may require. This deposit of $110,000.00 is non-refundable.

       d.     A buyer premium to be paid by the purchaser to Revelation in the amount of eighteen percent (18%) if the Assets are sold for less than $1,230,000.00. If the Assets are sold for more than $1,230,000.00, the buyer premium will be split between Revelation and Seller entitling each to 9% of the buyer premium for the amount over $1,230,000.00.

8. The Debtor will shortly be filing a Chapter 11 plan of reorganization that will provide for the distribution of the net sale proceeds of the sale described below in accordance with the Bankruptcy Code.

9. No previous application for the relief sought herein has been made by the Debtor to this Court or any other court.

**Relief Requested**

*Bidding and Sale Procedures*

10. This Motion is filed to seek approval of bidding procedures in connection with the sale of the Assets, including approval of procedures for the submission of competing bids. Further, this Motion is filed to seek approval of the form and manner of notice of the bidding procedures.

11. The Debtor believes that the bidding procedures set forth in this Motion will assist in determining the highest and best offer available to the Debtor for the sale of the Assets free and clear of all liens, claims, interests, and encumbrances. The Debtor believes that these procedures are favorable to the Debtor, the estate and creditors, and create a fair and level playing field for all interested bidders. The Debtor submits that these proposed procedures will satisfy the interests of all creditors in assuring that the Debtor will achieve the maximum value for the Assets.

3

12.     The Debtor requests that the Court conduct a hearing on this Motion, as soon as practicable, to consider entry of an order approving the bidding procedures set forth herein and approving the form and manner of notice with respect thereto (the "Bid Procedures Order").

13.     The Debtors request that this Court approve the following procedures (the "Bid Procedures") for the submission and consideration of any competing bid ("Bid") by any competing bidder ("Bidder") for the Assets:

    a.     By no later than five (5) business days after the date of entry of the Bid Procedures Order, Debtor shall serve notice thereof on interested parties the Bid Procedures Order.

    b.     An auction ("Auction") to consider any competing Bids in respect of the Assets will be held at the Jasper Georgia location of the Debtor at 93 Pioneer Industrial Boulevard, Jasper, Georgia 30143 on _____, 2024 at _____ a.m. Eastern Standard Time.

    c.     The bidding process shall be conducted through the Bid Spotter platform and pursuant to the bidding procedures as stated in the Terms and Conditions as provided in Exhibit "B."

### *Notice*

14.     The Debtors also propose to send the Bid Procedures Order to (a) all parties listed on the Local Rule 1007-2 Parties in Interest List, (b) all parties which, to the knowledge of the Debtor, have or have asserted liens on other interests in the Property, (c) all lessors or other parties to the Contracts, and (d) any party that has been previously contacted by the Debtors or its or their representatives or that have expressed an interest in acquiring the Property. The proposed Notice is attached hereto as Exhibit "C." By this Motion, the Debtors seek this Court's approval of the form and manner of notice as being adequate and sufficient notice of the Bid

Procedures.

**WHEREFORE**, the Debtor, ESE Industries, Inc., respectfully requests entry of an order granting the relief requested herein, and such other and further relief as is just and proper.

Dated: August 30, 2024.

                                               Respectfully Submitted,

Law Offices of Richard R. Robles, P.A.
Attorney for Debtor
905 Brickell Bay Drive, Suite 228
Miami, Florida 33131
(305) 755-9200
rrobles@roblespa.com
assistant@roblespa.com


/s/ Richard R. Robles, Esquire
RICHARD R. ROBLES, ESQUIRE
Florida Bar No. 0088481