**Document Information:**

Terms and Conditions for BidSpotter Auctions
Last Modified: 7/17/2024 by McShane & Bowie, P.L.C.

---

## TERMS AND CONDITIONS

This auction (the "Auction"), and the sale of the assets included in this Auction ("Assets"), is conducted by R M Auctions LLC ("Revelation") pursuant to the following Terms and Conditions (the "Terms"). Your agreement to these Terms is an express condition to your participation in the Auction. By signing up for the Auction, you acknowledge that you have read and understand these Terms, and you agree to be bound by them. These Terms supplement the details and other information about the Auction posted to the Auction webpage(s) at BidSpotter.com.

1. Registration; Deposits. You must register for the Auction. When registering, you must provide your name, company name (if applicable), mailing address, email address, phone number, credit card and any other information that Revelation may require. By registering, you represent and warrant that: (i) you have all requisite right, power, capacity and authority to agree to these Terms, to bid or otherwise participate in the Auction, to complete any purchases you make and to otherwise carry out your obligations under these Terms; and (ii) all information that you have provided or may in the future provide to Revelation is accurate and complete. Revelation reserves the right, at any time and in its discretion, and with or without notice, to deny or terminate your registration and corresponding ability to participate in the Auction. Revelation reserves the right, at any time and in its discretion, to determine whether you are a "preauthorized" bidder. If Revelation determines that you are not a preauthorized bidder, you must make a $1,000 deposit with Revelation before being eligible to bid at the Auction (the "Deposit"), and Revelation may obtain this Deposit by charging (with or without notice to you) up to the full amount of the Deposit to the credit card you provided when registering. If you do not make any purchases, Revelation will refund the full amount of the Deposit within three (3) business days after the final Auction date (the "Auction Date"). You authorize Revelation to offset the Deposit against the total purchase price (including sales tax and Buyer Premium) of your Purchased Assets, and against all other amounts you may owe pursuant to these Terms. Your registration or "paddle" is nontransferable. All bids made under your paddle are your responsibility.

2. As Is/Where Is. Revelation and Seller make no representations, warranties, promises, covenants or guarantees, express or implied, as to the completeness or accuracy of the description in any advertising of the Assets. Neither Revelation nor Seller shall be liable or responsible for any advertising discrepancies or inaccuracies of any kind. All Assets are sold on an AS IS, WHERE IS AND WITH ALL FAULTS BASIS. NEITHER REVELATION NOR SELLER MAKE ANY REPRESENTATIONS, WARRANTIES, PROMISES, COVENANTS OR GUARANTEES OF ANY KIND, WHETHER EXPRESS OR IMPLIED BY LAW, COURSE OF DEALING, COURSE OF PERFORMANCE, USAGE OF TRADE OR OTHERWISE, INCLUDING ANY WARRANTIES AS TO THE NATURE, QUALITY, DURABILITY, CAPABILITY, FUNCTION, PERFORMANCE, VALUE OR CONDITION OF ANY ASSETS, OR THEIR SUITABILITY FOR ANY USE. REVELATION AND SELLER EXPRESSLY AND

SPECIFICALLY DISCLAIM, WITHOUT LIMITATION, ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

3. <u>Inspections</u>. You are responsible for, and Revelation encourages you to make, any inspections prior to bidding on or purchasing Assets. If you do not inspect an Asset prior to submitting a bid, you irrevocably waive all inspection rights. Contact Revelation or see the Auction details for additional information about inspections.

4. <u>Conduct of Auction; Purchased Assets</u>. Revelation shall regulate all matters relating to the conduct of the Auction, and its decisions shall be final and binding on all participants in the Auction. Revelation reserves the right to group, regroup, reduce, add to or delete lots; to accept or reject any or all bids; and to offer items in bulk. Revelation is responsible for determining the bidding increments. Revelation owes no duty whatsoever to you or other Auction participants. Revelation is an agent for the owner/seller of the Assets ("<u>Seller</u>"), and Revelation's sole responsibility is to maximize the Auction proceeds. There may be more than one Seller and, in some cases, Revelation and/or its affiliates may be the Seller of some or all Assets. Some items may be auctioned with reserve and/or subject to Seller's (or its creditors') right of confirmation, regardless of whether this information is posted. Reserves are not required to be advertised. For items subject to a reserve, Revelation may bid on behalf of Seller up to the reserve price. You will be deemed the "<u>Purchaser</u>" of a particular lot (and all items included within such lot) (all Assets for which you are the Purchaser shall be referred to herein as "<u>Purchased Assets</u>") upon knockdown and Revelation's declaration that you are the purchaser, at which point all risk of loss and liability with respect to your Purchased Assets shall transfer to you. As a result, you should prearrange insurance coverage for any Assets you may bid on. Title to each Purchased Asset passes only upon Revelation's receipt of payment in full for all Purchased Assets. ALL SALES ARE FINAL. NO REFUNDS, RETURNS, CREDITS OR EXCHANGES.

5. <u>Invoicing and Payment</u>. Revelation typically issues invoices within forty-eight (48) hours after the Auction Date. All invoices are due upon receipt and, in any event, prior to the Removal of your Purchased Assets. You must make any required payments by ACH or wire transfer of immediately available funds and in U.S. dollars. If, with Revelation's approval, you pay by certified or cashier's check, such check must be issued to "R M Auctions, LLC", Revelation requires three (3) business days for the check to clear and you must provide a copy of a valid photo ID. If, with Revelation's approval, you pay by credit card, a 3% fee will be added (except when prohibited by applicable law). You authorize Revelation to charge (with or without notice to you) against the credit card you provided when registering: (i) the total purchase price (including sales tax and Buyer Premium) of your Purchased Assets, less the Deposit (if applicable); and (ii) if you fail to pay your invoice within seven (7) days after issuance, a late fee of $1,000. Except as provided in the immediately preceding sentence, Revelation does not accept payment by credit card for amounts in excess of $1,000, and Revelation does not accept payment in cash for amounts in excess of $500. Revelation shall be entitled to charge and keep the late fee described above even if your purchase is cancelled. You agree to pay all attorneys' fees and other costs incurred by Revelation in any action arising out of these Terms, including to collect sums owed by you, or to otherwise enforce these Terms.

6. <u>Buyer Premium</u>. Revelation will be charging a "<u>Buyer Premium</u>" on all Assets sold in the Auction. The Buyer Premium will be equal to 18% of the knockdown/hammer price.

7. Tax Matters. All prices are exclusive of all sales, use and excise taxes, and any other similar taxes, duties and charges of any kind imposed by any governmental authority on any amounts payable for your Purchased Assets (excluding any income taxes imposed on Revelation or Seller). You are responsible for all such charges, costs and taxes and for providing evidence satisfactory to Revelation if you desire to claim an exemption from sales tax. You are responsible for any penalties, registration fees or smog certificates related to motor vehicles. Certain vehicles as announced and/or noted on your invoice will be conveyed with a bill of sale only (*i.e.*, without a certificate of title or pink slip).

8. Security Interest. As security for the payment of the purchase price of your Purchased Assets, you grant to Revelation and Seller a lien on and security interest in and to your Purchased Assets, wherever located, and in all accessions thereto and replacements or modifications thereof, as well as all proceeds (including insurance proceeds) of the foregoing. The security interest granted under this provision constitutes a purchase money security interest.

9. Cancellation/Non-Delivery. You have no right to cancel or rescind any purchases you make at the Auction. Revelation reserves the right, at any time prior to the removal of a Purchased Asset, to cancel your purchase (including, for example, if a creditor refuses to release a lien, or if a third party removes a Purchased Asset or makes a claim against the Purchased Asset), in which case Revelation's sole responsibility shall be to refund any payment you have made on such purchase. Neither Revelation nor Seller shall have any liability for non-delivery of any of your Purchased Assets, except for the return of any payment you have made for Purchased Assets that have not been delivered.

10. Abandoned Assets. If you fail to pay for a Purchased Asset by the due date therefor, or if you fail to pick up a Purchased Asset during the time specified for removal thereof (even if payment has been made), Revelation reserves the right, with or without notice to you, to deem the Purchased Asset to be an "Abandoned Asset". In addition to any other rights or remedies it may have, Revelation may sell or otherwise dispose of the Abandoned Asset, in which case you agree to pay any deficiency, all removal and other costs relating to the sale or disposition, all other costs and expenses (including attorneys' fees) in connection with the sale or disposition, and a $500.00 per diem fee. Revelation and/or Seller will be entitled retain all proceeds from the sale or disposition of each Abandoned Asset, without any obligation to remit any portion of the proceeds to you. Revelation may also, with or without notice to you, abandon each Abandoned Asset, in which case you shall be responsible for, and indemnify, defend and hold Revelation harmless against, all losses, expenses, claims and demands, whether of Seller, its landlord or any other person or entity, arising out of or related to such abandonment.

11. Removal of Purchased Assets. Revelation has no responsibility for removing, packing, loading, shipping, storing, crating or rigging any of your Purchased Assets, or for disconnecting utilities (including any electric, gas, waste or water lines) to any of your Purchased Assets (collectively, "Removal"). Removal is your responsibility and shall be at your sole risk and expense. You must maintain and repair any damage to any real or personal property caused by you or your employees, contractors or agents in connection with the Removal of your Purchased Assets. Seller may impose additional requirements on your access to, entry upon and/or use of the premises where your Purchased Assets are located. You must fully comply with all such additional requirements. Revelation may impose a loading charge if its assists with the Removal of your

Purchased Assets. If Revelation provides such assistance, Revelation will have no liability for any damage to your Purchased Assets or the premises where they are located, or any other real or personal property, unless you can prove that such damage is the direct result of Revelation's gross negligence.

12. <u>Removal Without a Rigger</u>. Subject to Section 13, you can either manage the Removal of your Purchased Assets yourself or engage a third party to manage the Removal for you. If you engage a third party, such third party must provide Revelation with proof of payment and an "Agent Release Authorization," in a form acceptable to Revelation, which allows Revelation to release your Purchased Assets to the third party for Removal.

13. <u>Removal by Rigger</u>. The Removal of any Assets weighing more than 100 pounds (or such other limit as Revelation may set) must be done by a qualified, insured rigger. Contact Revelation if you need assistance finding a rigger. Revelation may require that you use a preapproved rigger, or that your rigger be approved by Revelation and/or Seller. You must provide Revelation with a certificate of insurance from each rigger. The certificate of insurance must show that the rigger carries comprehensive liability insurance written by an insurance carrier of national standing and in an amount of not less than $1,000,000. Revelation reserves the right to impose additional insurance requirements if required by Seller.

14. <u>Compliance with Laws</u>. You represent and warrant that: (i) you are in compliance with and shall comply with all applicable laws, regulations and ordinances; and (ii) you have and shall maintain in effect all the licenses, permissions, authorizations, consents and permits that you need to carry out your obligations under these Terms. You acknowledge and agree that certain of the Assets may contain fluids, oils, chemicals, hazardous substances or materials, or other regulated products ("<u>Regulated Products</u>"). You are solely responsible for the proper handling and disposal of Regulated Products and for complying with all applicable laws, regulations and ordinances with respect to Regulated Products. You also agree to comply with all applicable U.S. export control and related laws, and you acknowledge and agree that Revelation is not the exporter of any Assets.

15. <u>Indemnification</u>. You shall indemnify, defend and hold harmless Revelation, Seller and their respective affiliates, and each of their respective directors, officers, employees, agents, successors and assigns (collectively, the "<u>Indemnified Parties</u>"), against all losses, expenses, claims and demands arising out of or related to: (i) any breach or non-fulfillment by you of any representation, warranty or covenant set forth herein; or (ii) any negligent or more culpable act or omission of, or violation of any applicable law, rule or regulation by, you or any of your employees, contractors or agents in connection with these Terms.

16. <u>Statute of Limitations</u>. Any claim you may have arising out of or related to the Auction, any Purchased Assets and/or these Terms cannot be brought more than six (6) months after the Auction Date.

17. <u>Limitation on Liability</u>. IN NO EVENT SHALL REVELATION OR SELLER BE LIABLE FOR ANY CONSEQUENTIAL, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, PUNITIVE OR ENHANCED DAMAGES, LOST PROFITS OR REVENUES, OR DIMINUTION IN VALUE, ARISING OUT OF OR RELATED TO THE AUCTION, ANY

PURCHASED ASSETS AND/OR THESE TERMS, REGARDLESS OF (i) WHETHER SUCH DAMAGES WERE FORESEEABLE, (ii) WHETHER OR NOT SUCH PARTY WAS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, (iii) THE LEGAL OR EQUITABLE THEORY (CONTRACT, TORT OR OTHERWISE) UPON WHICH THE CLAIM IS BASED OR (iv) THE FAILURE OF ANY AGREED OR OTHER REMEDY OF ITS ESSENTIAL PURPOSE. IN NO EVENT SHALL REVELATION OR SELLER'S AGGREGATE LIABILITY ARISING OUT OF OR RELATED TO THE AUCTION, ANY PURCHASED ASSETS AND/OR THESE TERMS, WHETHER ARISING OUT OF OR RELATED TO BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, EXCEED THE TOTAL OF THE AMOUNTS PAID BY YOU FOR YOUR PURCHASED ASSETS.

18. <u>Governing Law; Arbitration; No Class Action; Attorneys' Fees</u>. These Terms and the parties' respective rights and obligations arising hereunder shall be governed by, and construed and enforced in accordance with, the laws of the State of Illinois, without regard to the conflict-of-laws principles thereof. You irrevocably and unconditionally consent and submit to the personal jurisdiction of the state and federal courts located in Cook County, Illinois for any action, suit or proceeding seeking to enforce any provision of, or based on any matter arising out of or in connection with the Auction, the Purchased Assets and/or these Terms, whether in contract, tort or otherwise. In addition, you agree to submit to arbitration according to the rules of the American Arbitration Association (AAA) with respect to any claim seeking to enforce any provision of, or based on any matter arising out of or in connection with the Auction, any Purchased Assets and/or these Terms, whether in contract, tort or otherwise. You agree that all claims, whether in arbitration or otherwise, must be brought in your individual capacity, and not as a class member or class representative in any class action proceeding. The prevailing party in any litigation or arbitration arising out of or related to the Auction, any Purchased Assets and/or these Terms (as determined by the court or other body having jurisdiction) shall be entitled to recover from the non-prevailing party all actual costs and expenses of litigation or arbitration, including, without limitation, attorneys' fees, court costs and costs of investigation.

19. <u>Entire Agreement; Amendments and Waivers</u>. These Terms contain all of the terms agreed upon between the parties with respect to the subject matter hereof. No amendment or waiver of these Terms shall be of any force unless such amendment or waiver is in writing and, in the case of an amendment, signed by both parties, or in the case of a waiver, signed by the waiving party.

20. <u>Communications</u>. Revelation may send all notices, requests, demands and other communications required or permitted under these Terms to the email address you supply when you register. Revelation contacts bidders and potential bidders ("<u>Bidders</u>") directly, via email, for communications that are necessary for contractual or legal reasons. Revelation also sends updates about the Auction via email to Bidders who have registered, and via SMS to Bidders who opt-in. Bidders can unsubscribe from these email updates at any time. Revelation does not share SMS messaging originator opt-in data and consent, unless required by law.

875386_2