**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In Re:

ESE INDUSTRIES, INC.,                   CASE NO. 24-16126-RAM
                                                                  CHAPTER 11
              Debtor.                           SUBCHAPTER V
_____/

## NOTICE OF PROPOSED SALE OF ASSETS OF ESE INDUSTRIES, INC.

NOTICE IS HEREBY GIVEN that ESE Industries, Inc., as debtor and debtor in possession ("Debtor"), has sought the approval of the United States Bankruptcy Court for the Southern District of Florida, Miami Division ("Bankruptcy Court"), for the sale of substantially all of its assets (the "Sale").

On August 30, 2024, the Debtor filed with the Bankruptcy Court a motion (the "Motion"), seeking among other things, the authority of the Bankruptcy Court for the Debtor to sell, pursuant to the Guarantee Auction Agreement (the "Auction Agreement") by and between the Debtor and RM Auctions LLC d/b/a Revelation Machinery Auctions, the Assets (as defined in the Auction Agreement), free and clear of all liens, claims, interests, and encumbrances, to the successful bidder(s). The Auction Agreement is attached to the Motion as Exhibit "A". The Bankruptcy Court has approved certain bidding terms and conditions in connection with the Sale (the "Bidding Procedures"). The Bidding Procedures are attached to the Motion as Exhibit "B".

The Debtor owns and operates a business specializing in producing, marketing and selling carbon fiber products. Further information on the Debtor's business is available upon request.

Prospective purchasers and other interested parties should review the Auction Agreement, the Motion, the Bidding Procedures, and other relevant documents on file with the Clerk of the Bankruptcy Court. Any party wishing to submit a bid ("Competing Bid") to acquire the Assets should contact Tanner Arnold, President, RM Auctions LLC d/b/a Revelation Machinery Auctions, 750 N State St. Floor 7, Chicago, IL 60654; Tel: (618) 352-7155; tanner@revelationmachinery.com or Richard R. Robles, Esq., Law Offices of Richard R. Robles, P.A., 905 Brickell Bay Drive, Suite 228, Miami, FL 33131; Tel: (305) 755-9200; rrobles@roblespa.com.

An auction (the "Auction") to consider any bids to purchase the Assets will be held in Jasper, Georgia at __:__ __.m. (Eastern Standard Time) on _____, 2024 at 93 Pioneer Industrial Boulevard, Jasper, Georgia 30143.