**U.S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**In re:**

**ESE INDUSTRIES, INC.**   **CASE NO.: 24-16126-RAM**
                            **Chapter 11**
     **Debtor.**
_____/

**STIPULATION BETWEEN DEBTOR AND MITSUBISHI HC CAPITAL AMERICA, INC. AS TO AUCTION OF COLLATERAL**

Creditor, MITSUBISHI HC CAPITAL AMERICA, INC. ("MHCCA"), and Debtor, ESE INDUSTRIES, INC. ("Debtor"), by and through their undersigned Counsel, in response to Debtor's *Expedited Application for Approval of Employment of Auctioneer* [Doc. 43] and *Expedited Motion for Entry of an Order (I) Approving Bidding Procedures in Connection with the Sale of Substantially All of its Assets; (II) Approving the Auction Agreement; and (III) Approving Form and Manner of Notice of Bidding Procedures* [Doc. 44], hereby stipulate as follows:

1. Debtor and MHCCA, as successor-by-merger to ENGS Commercial Finance Co., are parties to that certain Commercial Lease Agreement, dated November 30, 2020 ("Lease"). Pursuant to the terms of the Lease, Debtor agreed to lease from MHCCA a DMG Mori NVX7000 Vertical Machining Center (S/N NV701190703) with all accessories, attachments, and components (collectively, the "Collateral"). The Lease includes a purchase option for Debtor to acquire the Collateral at the end of the Lease term.

2. The balance due on the Lease, as set forth in MHCCA's Amended Claim 21-2 (the "Claim"), is $147,246.70. The Parties stipulate that MHCCA's Claim is fully secured by the Collateral. As per the Claim, the Collateral is valued at $160,000.00.

3. The Parties further stipulate that MHCCA has a validly perfected, first position

security interest in the Collateral pursuant to its UCC-1 Financing Statement, filed November 30, 2020 (Filing No.: 202005477352).

4. On August 30, 2024, Debtor filed its *Expedited Application for Approval of Employment of Auctioneer* [Doc. 43] together with its *Expedited Motion for Entry of an Order (I) Approving Bidding Procedures in Connection with the Sale of Substantially All of its Assets; (II) Approving the Auction Agreement; and (III) Approving Form and Manner of Notice of Bidding Procedures* [Doc. 44] (the "Auction Motions"). As set forth in the Auction Motions, Debtor seeks to sell substantially all of its assets in an auction, including the Collateral.

5. Given that MHCCA's Claim is fully secured by the Collateral, MHCCA intended to object to the Auction Motions and the auction of its Collateral free and clear of its lien unless Debtor committed to issuing full payment on the Claim.

6. After negotiations between the Parties, MHCCA has agreed to allow for its Collateral to be included in the auction contemplated by the Auction Motions, and in exchange, Debtor shall pay MHCCA the total due on its Claim in the amount of $147,246.70 (the "Payoff") from the sale proceeds of the auction. Debtor's obligation to remit the Payoff to MHCCA at the conclusion of the auction is not dependent upon the price that Debtor receives for the Collateral at the auction; instead, Debtor fully guarantees to MHCCA that Debtor will pay MHCCA the Payoff at the conclusion of the auction regardless of the sale price of the Collateral.

7. Debtor shall issue the Payoff to MHCCA by wire transfer (wire instructions to be provided) within three (3) business days from the date that the Debtor receives the sale proceeds from the auction.

8. Within twenty (20) days from the date that MHCCA receives the Payoff, MHCCA shall (a) terminate and release all liens and security interests in the Collateral and (b) withdraw its

Claim filed in this bankruptcy case.

9. Provided that Debtor complies with its obligations of this Stipulation and remits the Payoff as required, then the Collateral will be sold at the auction free and clear of MHCCA's lien, and any additional amounts that have accrued on the Lease for post-petition interest, costs, and attorneys' fees shall be waived by MHCCA. In addition, MHCCA shall release Jorge A. Cusco and Carlos S. Hermida, as guarantors, from all liability arising from or related to the Lease.

10. MHCCA's agreement to release its lien on the Collateral; to waive any additional amounts that have accrued for post-petition interest, costs, and attorneys' fees; and to release Jorge A. Cusco and Carlos S. Hermida, as guarantors, from all liability arising from or related to the Lease is expressly conditioned upon Debtor's compliance with the terms of this Stipulation and MHCCA's receipt of the Payoff as required herein. If the auction does not occur or if the Debtor does not remit the Payoff to MHCCA at the conclusion of the auction as required, then MHCCA shall not be required to terminate its security interest in and to the Collateral, MHCCA shall retain all available rights and remedies arising from the Lease and in and to the Collateral, and all releases granted by MHCCA herein shall be null and void and of no effect.

11. Counsel for MHCCA shall submit the Agreed Order Approving Stipulation between Debtor and Mitsubishi HC Capital America, Inc. as to Auction of Collateral attached hereto as Exhibit "A" concurrently with the filing of this Stipulation.

Dated: September 24, 2024

| | |
|---|---|
| */s/ Bradley J. Anderson* | */s/ Richard R. Robles* |
| Bradley J. Anderson, Esquire | Richard R. Robles, Esquire |
| Florida Bar No.:  00105695 | Florida Bar No.:  88481 |
| banderson@zkslaw.com | rrobles@roblespa.com |
| mvincik@zkslaw.com | Law Offices of Richard R. Robles, P.A. |
| service@zkslaw.com | 905 Brickell Bay Dr., #228 |
| ZIMMERMAN, KISER & SUTCLIFFE, P.A. | Miami, FL 33131 |
| 315 E. Robinson St., Suite 600 (32801) | Telephone:  (305) 755-9200 |
| P.O. Box 3000 | Facsimile:  (305) 755-9270 |
| Orlando, FL 32802 | Counsel for Debtor |
| Telephone:  (407) 425-7010 | |
| Facsimile:  (407) 425-2747 | |
| Counsel for Creditor, Mitsubishi HC Capital America, Inc. | |

Attorney Bradley J. Anderson, Esq. hereby certifies that Richard R. Robles, Esq. has provided written consent to include his e-signature to this Stipulation.

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

> */s/ Bradley J. Anderson*
> Bradley J. Anderson, Esquire
> Florida Bar No.:  00105695
> ZIMMERMAN, KISER & SUTCLIFFE, P.A.
> P.O. Box 3000
> Orlando, FL 32802
> Telephone:  (407) 425-7010
> Facsimile:  (407) 425-2747
> Counsel for Creditor, Mitsubishi HC Capital
>   America, Inc.
> banderson@zkslaw.com
> mvincik@zkslaw.com
> service@zkslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via

[14725-43/11163869/4]

CM/ECF to: Richard R. Robles, Esq., Richard R. Robles, P.A., 905 Brickell Bay Dr. #228, Miami, FL 33131 (rrobles@roblespa.com); and Steven D. Schneiderman, Esq., Office of the US Trustee, 51 SW 1 Ave. #1204, Miami, FL 33130 (steven.d.schneiderman@usdoj.gov), and all parties receiving notice via CM/ECF this 25th day of September, 2024.

                                                  */s/ Bradley J. Anderson*
                                                  Bradley J. Anderson, Esquire
                                                  Florida Bar No.:   00105695
                                                  ZIMMERMAN, KISER & SUTCLIFFE, P.A.
                                                  P.O. Box 3000
                                                  Orlando, FL 32802
                                                  Telephone:   (407) 425-7010
                                                  Facsimile:   (407) 425-2747
                                                  Counsel for Creditor, Mitsubishi HC Capital
                                                     America, Inc.
                                                  banderson@zkslaw.com
                                                  mvincik@zkslaw.com
                                                  service@zkslaw.com

BJA/mvv
14725-43

[14725-43/11163869/4]



EXHIBIT A

**U.S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

ESE INDUSTRIES, INC.                       CASE NO.: 24-16126-RAM
                                           Chapter 11
    Debtor.
_____/

**AGREED ORDER APPROVING STIPULATION BETWEEN DEBTOR AND MITSUBISHI HC CAPITAL AMERICA, INC. AS TO AUCTION OF COLLATERAL**

THIS CASE came before the Court without a hearing on the *Stipulation between Debtor and Mitsubishi HC Capital America, Inc., as to Auction of Collateral* (ECF No. # __) (the "Stipulation"). After review of the Stipulation and being advised that the Parties have stipulated and agreed to the entry of this Agreed Order, the Court finds that the Stipulation should be approved. Accordingly, it is

    **ORDERED:**

    1.    The Stipulation is APPROVED and ratified by the Court.

    2.    The Parties shall adhere to the terms and conditions of the Stipulation.

    3.    Debtor is authorized to distribute from the auction proceeds the sum total of $147,246.70 to MHCCA following the auction of the Collateral (as defined in the Stipulation), which shall be paid as provided in the Stipulation, without further order or approval from this

[14725-43/11166563/1]

Court.

### 

Attorney Bradley J. Anderson is directed to serve this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

[14725-43/11166563/1]